IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES NELSON,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-2598

Opinion filed September 10, 2014.

An appeal from the Circuit Court for Gulf County.
Shonna Y. Gay, Judge.

James Nelson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Joe D. Dingess, Assistant Attorney
General, Office of the Attorney General, Tallahassee, and Jennifer Parker, General
Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

We find no error in the trial court's October 11 and 15, 2012, orders and
deny the petition. To the extent the petition is intended to appeal the trial court's
May 4, 2011, order, the appeal is untimely and, therefore, is dismissed.

LEWIS, C.J., THOMAS, and OSTERHAUS, JJ., CONCUR.